GEORGE I. SIMMONS ET AL.
*vs.*
JAMES F. DURAN

Penobscot.   June, 1948.

PER CURIAM.

This petition to establish the truth of exceptions under Rule 40 must be denied because it fails to set forth all facts essential for its consideration and discloses that in the Trial Court the case was submitted to the Justice presiding without the intervention of a jury and with no reservation of the right of exceptions.